**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**Attorney:** Marcus & Zelman, LLC  **PH:** (732) 695-3282
**Address:** 1500 Allaire Avenue Ocean, NJ 07712

---

Beth Shvarts, on behalf of herself and all others similarly situated

*Plaintiff*

vs

Lyft, Inc.

*Defendant*

| | |
|---|---|
| **Civil Number:** | 16-cv-748 (LDH-VMS |
| **Date Filed:** | |
| **Client's File No.:** | |
| **Court Date:** | |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

Reginald Hunter, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **3/14/2016**, at **11:41 AM** at: **19 West 34th Street, Suite 1018, New York, NY 10001** Deponent served the within **Summons, Complaint and Civil Cover Sheet**

On: **Lyft, Inc.. c/o USA Corporate Services, Inc.**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment   [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Phoebe Gordon, personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Registered Agent thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.
Certified Item #

☒ **#6 DESCRIPTION**
**Sex:** Female   **Color of skin:** Asian   **Color of hair:** Black   **Glasses:** Yes
**Age:** 35 - 45 Yrs.   **Height:** 5 ft 5 in - 5 ft 8 in   **Weight:** 131-160 Lbs.   **Other Features:**

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 3/14/2016

BRUCE LAZARUS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01LA4992593
Qualified in Westchester County
Certificate Filed in New York County
My Commission Expires January 13, 2018

Reginald Hunter
1346142

708 Third Avenue, New York, NY 10017
212-393-9070   www.legaleaseinc.com

**LEGAL EASE** INC.